IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| AHMAD MOHAMMAD AL DARBI | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-2371 (RCL) |
| | ) | |
| BARACK OBAMA, *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |
| | ) | |

**ORDER**

Upon consideration of Respondents' Consent Motion to Extend Date for Compliance

with Section I.D.1 of the Case Management Order, as amended December 16, 2008 ("CMO")

(Dk. # 100), and without objection by Petitioner, it is ORDERED that:

Respondents shall comply with Section I.D.1 of the CMO by not later than May 5, 2009.


Date: 4/15/2009                    /s/ Royce C. Lamberth
                                   United States District Judge